UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

-v.-

WALTER MOORE,

Defendant.

-------------------------------------------------------X

**INFORMATION**

23 Cr. ___ (JSR)

CRIM 163

**COUNT ONE**
**(Felon in Possession of Ammunition)**

The United States Attorney charges:

On or about June 14, 2022, in the Southern District of New York and elsewhere, WALTER MOORE, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, rounds of .380 caliber ammunition, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1),
924(a)(2), and 2.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney